UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHNATHON IRISH, )<br>    defendant )<br>_____ ) | No. 1:19-cr- 251-01-LM<br><br>Prohibited Person in<br>Possession of a Firearm<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

The Grand Jury charges:

### Count One

[18 U.S.C. § 922(g)(1) – Prohibited Person in Possession of a Firearm]

Beginning on or about an unknown date, but at least by December 26, 2018, and continuing to on or about November 17, 2019, in the District of New Hampshire, the defendant,

JOHNATHON IRISH,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearms and ammunition, which were in and affected interstate commerce: Sig Sauer, Model 1911, .45 caliber Pistol, S/N GS 34120; Sig Sauer, Model SIG 516, 5.56 caliber Rifle, S/N 53E001626; and Zijiang Machinery Co., Model Catamount Fury, 12 Gauge Shotgun, S/N CAT-002586.

In violation of Title 18, United States Code, Section 922(g)(1).

## Notice of Criminal Firearm Forfeiture
### Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

The allegations of Count One of this Indictment are hereby re-alleged as if fully set forth herein and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offense alleged in Count One of this Indictment, defendant JOHNATHON IRISH shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms involved in the commission of the offense listed above in Count One, and miscellaneous ammunition seized on November 27, 2019.

Dated: December 18, 2019

A TRUE BILL

/s/ Foreperson
Foreperson of the Grand Jury

SCOTT W. MURRAY
United States Attorney

By: /a/ Anna Z. Krasinski
    Anna Z. Krasinski
    Assistant U.S. Attorney