UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.      ) | Crim. Case No. 19-cr-251-01-LM |
| ) | |
| JOHNATHON IRISH    ) | |

**MOTION TO SEAL ENTIRE CASE FILE**

NOW COMES Scott W. Murray, United States Attorney for the District of New Hampshire, and hereby moves that the entire case file in the above-captioned case be sealed at Level I until the defendant has been taken into custody.  The government will promptly inform the Court when the arrest occurs.  The grounds for the seal are to allow the law enforcement officers to execute the arrest warrant with a minimum risk of resistance and/or flight.  If these documents are publically available prior to the defendant's arrests, apprehending him will likely be more difficult and dangerous than it would be if these documents were sealed.

Date:  December 18, 2019                                Respectfully submitted,

                                                        SCOTT W. MURRAY
                                                        United States Attorney

                                               By       /s/ Anna Z. Krasinski
Motion     Granted     Denied                           Anna Z. Krasinski
                                                        Assistant U.S. Attorney
                                                        Bar Number: WV 12762
                                                        53 Pleasant Street, 4th Floor
                                                        Concord, NH  03301
Andrea K. Johnstone                                     (603) 225-1552
United States Magistrate Judge                          anna.krasinski@usdoj.gov
Date:

1