# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Cr. No.  1:19-cr-** 251-01-LM |
| ) | |
| **JOHNATHON IRISH** ) | |
| **Defendant** ) | |

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 18th day of December 2019.

This 18th day of December 2019.

SCOTT W. MURRAY
United States Attorney


/s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney


WARRANT ISSUED: _____