U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DEC 20 2019

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE THE MATTER OF:

__Johnathon Irish__
(Petitioner's Name)

Case No. __19-cr-251-01-LM__
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, __Johnathon Irish__, respectfully request appointment of counsel to represent me as a criminal defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __12/20/19__

__[signature]__
Signature of Petitioner

---

### RULING BY JUDICIAL OFFICER

☒ Request Approved. Appoint Counsel.
☐ Request Denied.
☐ Other: _____

Date: __12/20/2019__

__Andrea K. Johnstone__
U.S. Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)