UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No.  19-CR-00251 |
| ) | |
| Jonathon Irish ) | |

NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance as counsel for the United States of America in the above-entitled case.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney


By: /s/ Kasey Weiland
Kasey Weiland
Assistant U.S. Attorney
Bar No. 272495
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
Kasey.Weiland2@usdoj.gov

Date: January 16, 2020


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was forwarded electronically by ECF to Benjamin Falkner, counsel for the defendant.

/s/ Kasey Weiland
Kasey Weiland, AUSA