UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 19-cr-251-LM |
| JOHNATHON IRISH ) | |
| defendant. ) | |

## GOVERNMENT'S PROPOSED WITNESS LIST

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire, hereby offers the following list of potential witnesses that may be called at trial:

1. Christopher Beckstrom, FBI;
2. Special Agent Philip Christiana, FBI;
3. Peter Duguay;
4. Special Agent John Forte, ATF;
5. Task Force Officer Kevin Frank LeBlanc, FBI;
6. David Marcotte;
7. Elizabeth Millett;
8. Neil Prive;
9. Dylan Roosa;
10. Gerald Roya;
11. Special Agent Shayne Tongbua, FBI; and
12. Roscoe Whitney

1

The government reserves the right to seek leave to amend its witness list as necessary.

                              Respectfully submitted,

                              UNITED STATES OF AMERICA, by
                              SCOTT W. MURRAY
                              United States Attorney

Date: February 3, 2020          By:    /s/ Anna Krasinski
                                                Anna Krasinski
                                                Assistant U.S. Attorney
                                                Bar No: (WV) 12762
                                                53 Pleasant Street, 5th Floor
                                                Concord, NH  03301
                                                anna.krasinski@usdoj.gov
                                                (603) 225-1552

                                  By:    /s/ Kasey Weiland
                                                Kasey Weiland
                                                Assistant U.S. Attorney
                                                Bar No. 272495
                                                53 Pleasant Street, 4th Floor
                                                Concord, NH  03301
                                                (603) 225-1552
                                                kasey.weiland2@usdoj.gov