UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | DOCKET NO. 19-CR-251-LM |
| V. | ) ) |  |
| JOHNATHON IRISH | ) ) |  |

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PHOTOS TAKEN BY STEPHANIE IRISH (GOVERNMENT EXHIBIT 4)**

      Defendant Johnathon Irish hereby moves this Court in limine to exclude the Government's proposed Exhibit 4, photographs sent to the FBI by text message by Stephanie Irish. The photos depict one of the firearms at issue in this case. Ms. Irish is not expected to testify at trial and therefore cannot authenticate when or where the photographs were taken. Irish believes that the Government is seeking to demonstrate that Ms. Irish, by her conduct, has accused Mr. Irish of possessing the firearms, and the jury may well interpret the evidence in that way, absent any admissible evidence to prove that.

                                                                 Defendant
                                                                 Johnathon Irish
                                                                 By his Attorney,

                                                                */s/ Benjamin L. Falkner*
                                                               Benjamin L. Falkner (NH Bar No. 17686)
                                                               Krasnoo, Klehm & Falkner LLP
                                                               28 Andover Street, Suite 240
                                                               Andover, MA 01810
                                                               (978) 475-9955 (telephone)
                                                               (978) 474-9005 (facsimile)
                                                               bfalkner@kkf-attorneys.com

Dated: February 4, 2020

## **CERTIFICATE OF SERVICE**

    I hereby certify that I served a true copy of the within document upon the attorney of record for the Government via the Court's ecf system on February 4, 2020.

                                          */s/ Benjamin L. Falkner*
                                          Benjamin L. Falkner