UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | DOCKET NO. 19-CR-251-LM |
| V. | ) ) |  |
| JOHNATHON IRISH | ) ) |  |

### DEFENDANT'S REQUEST FOR SUPPLEMENTAL JURY INSTRUCTION

Defendant Johnathon Irish hereby requests that, in the Court's instruction on the definition of a firearm, the Court add the following:

The frame or receiver of a firearm is defined as: That part of a firearm which provides housing for the hammer, bolt or breechblock, and firing mechanism, and which is usually threaded at its forward portion to receive the barrel.

See 27 C.F.R. 478.11.

                                                                        Defendant
                                                                        Johnathon Irish
                                                                         By his Attorney,

                                                                         */s/ Benjamin L. Falkner*
                                                                          Benjamin L. Falkner (NH Bar No. 17686)
                                                                          KRASNOO, KLEHM & FALKNER LLP
                                                                          28 Andover Street, Suite 240
                                                                          Andover, MA  01810
                                                                          (978) 475-9955 (telephone)
                                                                          (978) 474-9005 (facsimile)
                                                                          bfalkner@kkf-attorneys.com

Dated:  February 6, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a true copy of the within document upon the attorney of record for the Government via the Court's ecf system on February 6, 2020.

                                          */s/ Benjamin L. Falkner*
                                          Benjamin L. Falkner