UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 19-CR-251-LM |
| V. ) | |
| ) | |
| JOHNATHON IRISH ) | |

**DEFENDANT'S OBJECTION TO THE GOVERNMENT'S**
**FORFEITURE JURY INSTRUCTIONS**

      Defendant Johnathon Irish hereby objects to the Government's requested instructions on forfeiture. In the requested instructions, the Government requests an instruction that the burden of proof be preponderance of evidence, and that the firearms and ammunition be forfeited if involved in the offense. 18 U.S.C. § 924(d) allows for forfeiture only upon proof by clear and convincing evidence, and only upon a finding that the firearm or ammunition was intended to be used in the offense.

                                              Defendant
                                              Johnathon Irish
                                              By his Attorney,

                                              */s/ Benjamin L. Falkner*
                                              Benjamin L. Falkner (NH Bar No. 17686)
                                              KRASNOO, KLEHM & FALKNER LLP
                                              28 Andover Street, Suite 240
                                              Andover, MA  01810
                                              (978) 475-9955 (telephone)
                                              (978) 474-9005 (facsimile)
                                              bfalkner@kkf-attorneys.com

Dated:  February 6, 2020

# **CERTIFICATE OF SERVICE**

  I hereby certify that I served a true copy of the within document upon the attorney of record for the Government via the Court's ecf system on February 6, 2020.

               */s/ Benjamin L. Falkner*
               Benjamin L. Falkner