UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | )  | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 19-CR-251-LM |
| V. | ) | |
| | ) | |
| JOHNATHON IRISH | ) | |
| | ) | |

**CORRECTED CERTIFICATE OF SERVICE RE:**
**MEMORANDUM OF LAW REGARDING A SPECIAL VERDICT**

I hereby certify that I served the Memorandum of Law Regarding a Special Verdict (Doc. No. 28) upon the attorney of record for the Government via the Court's ecf system on February 11, 2020 (not February 7, 2020).

                                              Defendant
                                              Johnathon Irish
                                              By his Attorney,

                                              */s/ Benjamin L. Falkner*
                                              Benjamin L. Falkner (NH Bar No. 17686)
                                              Krasnoo, Klehm & Falkner LLP
                                              28 Andover Street, Suite 240
                                              Andover, MA  01810
                                              (978) 475-9955 (telephone)
                                              (978) 474-9005 (facsimile)
                                              bfalkner@kkf-attorneys.com

Dated:  February 11, 2020

**CERTIFICATE OF SERVICE**

       I hereby certify that I served a true copy of the within document upon the attorney of record for the Government via the Court's ecf system on February 11, 2020.

                                              */s/ Benjamin L. Falkner*
                                              Benjamin L. Falkner