AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire


RECEIVED DEC 1 8 2019 BY: USMS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Johnathon Irish | ) | Case No. 19-cr-251-01-LM |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

FILED 2020 FEB 11 PM 4:30

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Johnathon Irish,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 922(g)(1) - Prohibited Person in Possession of a Firearm

Date: 12/18/2019

Kathy DuPont
*Issuing officer's signature*

City and state: Concord, New Hampshire

Kathy DuPont, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/18/19, and the person was arrested on *(date)* 12/20/19
at *(city and state)* Concord, NH.

Date: 02/11/2020

*Arresting officer's signature*

Andrew A. Grillo, DUSM
*Printed name and title*

