U.S. DISTRICT COURT
DISTRICT OF N~

FEB 12 2020

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | Case No. 19-cr-251-LM |
| JOHNATHON IRISH | ) | |
| defendant. | ) | |

## GOVERNMENT'S THIRD AMENDED EXHIBIT LIST

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire, and Assistant U.S. Attorneys Anna Krasinski and Kasey Weiland, submits the Government's Exhibit List.

The United States reserves the right to amend this list.

| No. | ID | Description |
| --- | --- | --- |
| 1 | (id) 2/10/2020 | Agreement dated July 7, 2015 |
| 2 | (id) | Agreement dated July 14, 2015 |
| 3 | (id) 2/10/2020 | Receipt for Property Received |
| 4 | (id) | Screen shots |
| 4.r | (id) | Screen shots, redacted |
| 5 | | Sig Sauer, Model 1911, .45 caliber pistol, serial number GS 34120 |
| 6 | | Sig Sauer, Model SIG 516, 5.56 caliber rifle, serial number 53E001626 |
| 6A | | 5 rounds of 5.56 ammunition |
| 7 | | Zijiang Machinery Co., Model Catamount Fury, 12 Gauge Shotgun Barrel, serial number CAT-002586 |
| 7A | | Zijiang Machinery Co., Model Catamount Fury, 12 Gauge Shotgun Stock |
| 8 | | Bag of rounds of .45 caliber ammunition and yellow lawman ammunition box |
| 9 | | Black case |
| 9A | | Shotgun Magazine |
| 9B | | Shotgun Magazine |
| 9C | | Shotgun Magazine |

| No. | ID | Description |
|---|---|---|
| 9D | | Shotgun Magazine |
| 9E | | Shotgun Magazine |
| 10 | | 5.56 Extended round magazine |
| 11 | | 5.56 Extended round magazine |
| 12 | | 5.56 Extended round magazine |
| 13 | | 5.56 Extended round magazine |
| 14 | | 5.56 Extended round magazine |
| 15 | | 5.56 Extended round magazine |
| 16 | | 5.56 Extended round magazine |
| 17 | | 5.56 Magazine |
| 18 | | Holster for a 1911 |
| 19 | | Magazine loaded with .45 caliber ammunition |
| 20 | | Magazine loaded with .45 caliber ammunition |
| 21 | | Magazine loaded with .45 caliber ammunition |
| 22 | | Magazine loaded with .45 caliber ammunition |
| 23 | | Magazine loaded with .45 caliber ammunition |
| 24 | | Magazine loaded with .45 caliber ammunition |
| 25 | | .45 caliber magazine |
| 26 | | Bag containing 5.56 caliber blanks |
| 27 | | Green ammunition box |
| 27A | | Extended magazine loaded with 5.56 ammunition |
| 27B | | Extended magazine loaded with 5.56 ammunition |
| 27C | | Extended magazine loaded with 5.56 ammunition |
| 27D | | Extended magazine loaded with 5.56 ammunition |
| 27E | | 5.56 caliber extended magazine |
| 27F | | Bag containing 57 rounds 5.56 ammunition |
| 28A | | Photograph of black box |
| 28B | | Photograph of black box and Sig Sauer, Model 1911, .45 caliber pistol |
| 28C | | Photograph of black box and Sig Sauer, Model SIG 516, 5.56 caliber rifle |

| No. | ID | Description |
|---|---|---|
| 28D | | Photograph of partial serial number on Sig Sauer, Model SIG 516, 5.56 caliber rifle |
| 28E | | Photograph of Zijiang Machinery Co., model catamount fury, 12 gauge shotgun barrel and stock |
| 28F | | Photograph of serial number on Zijiang Machinery Co., model catamount fury, 12 gauge shotgun barrel |
| 28G | | Photograph of serial number on Sig Sauer, Model 1911, .45 caliber pistol |
| 28H | | Photograph of small black case |
| 28I | | Photograph of ammunition boxes |
| 28J | | Photograph of magazines |
| 28K | | Photograph of magazines |
| 28L | | Photograph of bag of ammunition |
| 28M | | Photograph of magazines |
| 28N | | Photograph of box containing magazines |
| 28O | | Photograph of loaded magazines |
| 28P | | Photograph of bag containing ammunition |
| 28Q | | Photograph of Hospital PPE Kit and tactical vest |
| 29A | (id) 2/12/2020 | Photographs of phone contacts |
| 29A.r | (id) | Photographs of phone contacts, redacted |
| 29B | (id) 2/12/2020 | Photographs of call logs |
| 29B.r | (id) | Photographs of call logs, redacted |
| 29C | (id) 2/12/2020 | Photographs of text messages between Johnathon Irish and Gerald Roya |
| 29D | (id) 2/12/2020 | Photographs of text messages between Gerald Roya and Nancy Haskell |
| 29D.r | (id) | Photographs of text messages between Gerald Roya and Nancy Haskell, redacted |
| 29E | (id) | Photographs of text messages between Gerald Roya and Neil Prive |
| 29E.r | (id) | Photographs of text messages between Gerald Roya and Neil Prive, redacted |
| 29F | (id) 2/12/2020 | Photographs of multimedia message details |
| 29F.r | (id) | Photographs of multimedia message details, redacted |
| 30 | (id) 2/10/2020 | Transfer of weapon dated October 20, 2019 |

| No. | ID | Description |
|---|---|---|
| 31 | (id) | Certified copy of judgment in *United States v. Johnathon Irish*, 13cr142-01-PB |
| 32 | (id) | Certified copy of change of plea transcript in *United States v. Johnathon Irish*, 13cr142-01-PB |
| 33 | | Black lock box with key |
| 34A | (id) | Disc containing cellphone extraction report |
| 34B | (id) | Extraction report - documents |
| 35A | | Photograph of physical exhibit |
| 35B | | Photograph of physical exhibit |
| 35C | | Photograph of physical exhibits |
| 35D | | Photograph of physical exhibit |
| 35E | | Photograph of physical exhibits |
| 35F | | Photograph of physical exhibits |
| 35G | | Photograph of physical exhibit |
| 35H | | Photograph of physical exhibits |
| 35I | | Photograph of physical exhibit |
| 35J | | Photograph of physical exhibit |
| 35K | | Photograph of physical exhibits |
| 36 | | Stipulation of Fact |
| 37 | (X) 2/10/2020 AK BF | Excerpt of February 8, 2019 2020 recorded visit with Nancy Haskell |
| 37a | (id) | Transcript of recorded visit excerpt |

Respectfully submitted,
SCOTT W. MURRAY
United States Attorney

Date: February 10, 2020

By: /s/ Anna Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney
Bar No: (WV) 12762
53 Pleasant Street, 4th Floor
Concord, NH 03301
anna.krasinski@usdoj.gov
(603) 225-1552

By: /s/ Kasey Weiland
Kasey Weiland
Assistant U.S. Attorney
Bar No: 272495
53 Pleasant Street, 4th Floor
Concord, NH 03301
kasey.weiland@usdoj.gov
(603) 225-1552