United States District Court
Western District
Exhibits Log: 19-cr-251-LM
USA v. J. Irish, 2/10/2020



| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-01-Agreementdated | | Yes |
| Gov-03-PropertyReceipt | | Yes |
| Gov-28-APhotograph | | Yes |
| Gov-28-BPhotograph | | Yes |
| Gov-28-CPhotograph | | Yes |
| Gov-28-DPhotograph | | Yes |
| Gov-28-EPhotograph | | Yes |
| Gov-28-FPhotograph | | Yes |
| Gov-28-GPhotograph | | Yes |
| Gov-28-HPhotograph | | Yes |
| Gov-28-IPhotograph | | Yes |
| Gov-28-JPhotograph | | Yes |
| Gov-28-KPhotograph | | Yes |
| Gov-28-LPhotograph | | Yes |
| Gov-28-MPhotograph | | Yes |
| Gov-28-NPhotograph | | Yes |
| Gov-28-OPhotograph | | Yes |
| Gov-28-PPhotograph | | Yes |
| Gov-28-QPhotograph | | Yes |
| Gov-29-APhoneScreensh | | Yes |
| Gov-29-BPhoneScreensh | | Yes |
| Gov-29-CPhoneScreensh | | Yes |
| Gov-29-DPhoneScreensh | | Yes |
| Gov-29-FPhoneScreensh | | Yes |
| Gov-30-Transfer | | Yes |

| | |
|---|---|
| Gov-35-APhotograph | Yes |
| Gov-35-BPhotograph | Yes |
| Gov-35-CPhotograph | Yes |
| Gov-35-DPhotograph | Yes |
| Gov-35-EPhotograph | Yes |
| Gov-35-FPhotograph | Yes |
| Gov-35-GPhotograph | Yes |
| Gov-35-HPhotograph | Yes |
| Gov-35-IPhotograph | Yes |
| Gov-35-JPhotograph | Yes |
| Gov-35-KPhotograph | Yes |
| Gov-36-StipulationofF | Yes |
| Gov-37-JAILCALLClip10 | Yes |