<u>United States v. Johnathon Irish</u>, 19-cr-251-LM

February 12, 2020

## JURY QUESTION # 1

Is there any documentation or documented evidence that can be provided to substantiate the ATF testimony regarding confirmation of Interstate Commerce of the firearms?

## ANSWER TO JURY QUESTION # 1

You may only consider the evidence that was presented at trial.