# ORIGINAL

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                Criminal No. 19-cr-00251-LM

Johnathon Irish

## **VERDICT FORM**

We, the jury in the above captioned case, return the following verdict:

1.   As to Count one, which charges the defendant with being a prohibited person in possession of a firearm.

\_\_\_\_\_ Not Guilty          ✗ Guilty

_____
Foreperson

\_\_\_\_\_2 /▨/20_____
Date

United States v. Johnathon Irish, Criminal No. 19-cr-251-LM

ORIGINAL VERDICT FORM