## ORIGINAL

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                         Criminal No. 19-cr-00251-LM

Johnathon Irish

### SPECIAL VERDICT FORM - FORFEITURE

We, the jury, return the following special verdicts as to the following properties in which the government has alleged that the defendant, Johnathan Irish, has an interest:

1. Was one Sig Sauer 1911, .45 caliber pistol, S/N GS 34120, involved in or used in the crime for which defendant was convicted in count one?

   YES __X__                NO _____

2. Was one Zijiang Machinery Co., Model Catamount Fury, 12 gauge shotgun, S/N CAT-002586, involved in or used in the crime for which defendant was convicted in count one?

   YES __X__                NO _____

   __2/12/20__
   Date

United States v. Johnathon Irish, Criminal No. 19-cr-251-LM

ORIGINAL

SPECIAL VERDICT FORM