United States District Court

District of New Hampshire

United States of America ) Case No. 19-CR-00251-LM

v.

Johnathan E. Irish )

14 day Motion For New Trial Due To

Ineffective Assistance Of Counsel

Now comes Mr. Irish Pro-Se, with a motion
for new trial due to ineffective assistance of counsel
At trial, Mr. Irish presents the following facts to be
true and accurated to the best his knowledge and
affirms that; Ref. Ortiz-Vega v. U.S.A. 1st. Cir. ct

1) On 18 Dec, 2019 Mr. Irish was indicted on ONE Count of Felon
In Possession of Firearms, alleging that on or about 26 Dec. 2018 to
on or about 27 Nov. 2018 Mr. Irish allegedly possessed ONE
Sig Sauer 1911, ONE Sig Sauer AR Style rifle, ONE Catamount Fury
shotgun. Mr. Irish was subsequently arrested on 20 Dec. 2019
on the above named indictment and warrant, at which time
Attorney Benjamin Falkner was appointed by this honorable
Court to represent Mr. Irish in this matter.
This matter proceeded to trial 10 February, 2020 - 12 February 2020
at which Mr. Irish affirms that he was NOT represented
fairly, adequately or justly by Attorney Falkner for the
following reasons,

2) Upon and after Mr Irish's MULTITUDE of requests and orders to call and subpoena various witness whom would testify to various things which would have proven beneficial and exculpatory to Mr. Irish and his defense, Attorney Falkner continuously REFUSED to do so Causing Mr. Irishes defense to ONLY rely on rebutting the Governments witnesses and Physical evidence, Attorney Falkners refusal to call specific witnesses not only made it nearly impossible to dispute the physical evidence and witness testimony, but made it impossible to present Specific evidence which would have been exculpatory to Mr. Irish's defense.

3) Even when the opportunities arose at trial, to completely impeach the Governments witnesses, and their testimonies with the record during trial due to the due to completely different testimony under oath, compared to what was said in the witnesses F.B.I. Enterviews which were the interviews and information used to bring an indictment formard against Mr. Irish, Attorney Falkner refused to do so.

4) Even after Mr. Irish's MULTITUDE of requests and orders NOT to object to specific evidence the Government wanted to submit (which was in fact more Exculpatory to Mr. Irish than Inculpatory) Attorney Falkner did in fact object in turn causing said evidence to not be allowed to be submitted at trial.

5) Attorney Falkners actions and refusals as fore-mentioned, being ineffective assistance of counsel, caused Mr. Irish to have NO witness testimony and No physical evidence for Mr. Irish's defense, ultimately causing Mr. Irish to be found guilty, Mr. Irish truly feels that there would have been a completely different outcome, a NOT Guilty verdict had his witnesses been called as he, Mr. Irish had requested and ordered Attorney Falkner to do.

Relief Sought:

Mr. Irish respectfully requests that this honorable court holds a prompt hearing in this matter as to outline in specific detail the matter of ineffective assistance of Counsel, and that after this honorable court hears the details that the following actions be taken.

1) This honorable court schedules a NEW trial in a prompt fashion without delay,

2) That this honorable court grant Mr. Irish NEW Competent, adequate and effective counsel,

3) That this honorable court considers Mr. Irish's request for specific counsel whom is a member of this honorable courts B.A.R. and whom has a very positive reputation, specifically in firearm matters.

4) Any other relief that this honorable court sees
just and proper.


Johnathon Irish
Pro-se                                    20 February, 2020



I, Johnathon S. Irish hereby certify that I have
sent duplicates of this document via U.S. mail to
Attorney Anna Krasinski N.H. A.U.S.A., as well as
Attorney Benjamin Falkner 22 February, 2020

Johnathon Irish

Under penalties and purjurys of law, Mr. Irish
hereby certifies that this motion was sent via us
Mail to the N.H. District Federal Court, A.USA.
Anne Krasinski and Attorney Falkner on this date
of 20th February, 2020

Johnathon Irish                           20 February, 2020
Pro-se

J. Irish Pro-se
314 D.W. Hwy
Boscawen N.H.
03303

Legal



US POSTAGE
$00.50⁰
First-Class

Mailed From 03303
02/24/2020
032A 0061842805

United States District Court
District of New Hampshire
Clerk of Courts
53 Pleasant Street
Concord, N.H,
03701

033013904 C011

