UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. Case No. 19-cr-251-LM |
| ) | |
| JOHNATHON IRISH ) | |
| ) | |

MOTION FOR A PRELIMINARY ORDER OF FORFEITURE

The United States of America moves for a Preliminary Order of Forfeiture for the following reasons:

1. On December 18, 2019, a federal grand jury returned a one-count Indictment against the defendant, Johnathon Irish. Count One charged the defendant with being a prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

2. The Indictment also advised the defendant that upon conviction he would be required to forfeit, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c): (A) One Sig Sauer 1911, .45 caliber Pistol, S/N GS 34120, and (B) Zijiang Machinery Co., Model Catamount Fury, 12 Gauge Shotgun, S/N CAT-002586.

3. On February 12, 2020, a jury found the defendant, Johnathon Irish, guilty of the charged offenses. The jury returned a special verdict form, finding that firearms (A) and (B) were involved in or used in the charged offenses.

4. Pursuant to Rule 32.2(b)(2), the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture, forfeiting to the United States all of the defendant's interest, if any, in (A) One Sig Sauer 1911, .45 caliber Pistol, S/N GS 34120, and (B) Zijiang Machinery Co., Model Catamount Fury, 12 Gauge Shotgun, S/N CAT-002586.

The Court should order the Federal Bureau of Investigation, or any appropriate federal law enforcement agency, to seize and maintain custody of the forfeited property and dispose of it in accordance with the law.

Respectfully Submitted,

SCOTT W. MURRAY
United States Attorney

Date: February 27, 2020        By:   /s/ Anna Z. Krasinski
                                     Assistant U.S. Attorney
                                     West Virginia Bar # 12762
                                     53 Pleasant Street, 4th Floor
                                     Concord, New Hampshire 03301
                                     (603) 225-1552
                                     anna.krasinski@usdoj.gov