UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Crim. Case No. 19-cr-251-LM |
| ) | |
| JOHNATHON IRISH          ) | |
| ) | |

PRELIMINARY ORDER OF FORFEITURE

On December 18, 2019, a federal grand jury returned a one-count Indictment against the defendant, Johnathon Irish.  Count One charged the defendant with being a prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

The Indictment also advised the defendant that upon conviction he would be required to forfeit, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), (A) One Sig Sauer 1911, .45 caliber Pistol, S/N GS 34120, and (B) Zijiang Machinery Co., Model Catamount Fury, 12 Gauge Shotgun, S/N CAT-002586.

On February 12, 2020, a jury found the defendant guilty of the charged offense and returned a special verdict form, finding that firearms (A) and (B) were involved in or used in the charged offense.

IT IS ORDERED that all of the defendant's right, title and interest, if any, in (A) One Sig Sauer 1911, .45 caliber Pistol, S/N GS 34120, and (B) Zijiang Machinery Co., Model Catamount Fury, 12 Gauge Shotgun, S/N CAT-002586, is s hereby forfeited to the United States.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, or any appropriate federal law enforcement agency, shall seize and maintain custody of the forfeited property.

IT IS FURTHER ORDERED that the Preliminary Order of Forfeiture shall be made a part of the sentence and included in the judgment.

The Clerk shall send copies of this Preliminary Order of Forfeiture to the United States Probation Office and counsel for all parties, and shall send two certified copies of this Preliminary Order of Forfeiture to the United States Attorney's Office.

Entered this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE