UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | Criminal No: 19-cr-251-LM |
| ) | |
| JOHNATHON IRISH,  ) | |
|     Defendant  ) | |

**ASSENTED-TO MOTION TO EXTEND DEADLINE
TO RESPOND TO PRO-SE MOTION FOR A NEW TRIAL**

The United States moves the Court to extend the deadline for the United States to respond to defendant's pro-se motion for a new trial (ECF No. 42) for 30 days, to April 10, 2020. The defendant assents.

On February 25, 2020, defendant Johnathon Irish filed a pro-se motion for a new trial. The United States' response to that motion is due on March 10, 2020. After the defendant filed the motion, the Court appointed new counsel to represent the defendant. Defendant's new counsel will review discovery and the trial transcript and may file a supplement to that motion. The United States, therefore, requests an extension of time to respond to the motion for a new trial for a period of 30 days, to April 10, 2020. Counsel for the defendant assents to the relief requested.

## CONCLUSION

For the reasons stated above, the United States requests an extension of time to respond to the motion for a new trial (ECF No. 42) for a period of 30 days, to April 10, 2020.

Respectfully submitted,

Scott W. Murray
United States Attorney

Date:  March 10, 2020

/s/ Anna Krasinski
Assistant U.S. Attorney
West Virginia Bar # 12762
53 Pleasant Street, 4th Floor
Concord, NH 03301
603-225-1552
anna.krasinski@usdoj.gov