# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No: 19-cr-251-LM |
| ) | |
| **JOHNATHON IRISH,** ) | |
| **Defendant** ) | |

## ASSENTED-TO MOTION TO EXTEND DEADLINE
## TO RESPOND TO PRO-SE MOTION FOR A NEW TRIAL

The United States moves the Court to extend the deadline for the United States to respond to defendant's pro-se motion for a new trial (ECF No. 42) to May 18, 2020. The defendant assents.

On February 25, 2020, defendant Johnathon Irish filed a pro-se motion for a new trial. After the defendant filed the motion, the Court appointed new counsel to represent the defendant. Defendant's new counsel will review discovery and the trial transcript and may file a supplement to that motion. On March 11, 2020, the Court granted an extension of the time to respond to the motion to April 10, 2010. The United States understands that Counsel for defendant is still reviewing material and waiting for one additional trial transcript and does intend to file a supplement to the motion. The United States, therefore, requests an extension of time to respond to the motion to May 18, 2020. Counsel for the defendant assents to the relief requested.

## CONCLUSION

For the reasons stated above, the United States requests an extension of time to respond to the motion for a new trial (ECF No. 42) to May 18, 2020.

Respectfully submitted,

Scott W. Murray
United States Attorney

Date:  April 10, 2020               /s/ Anna Krasinski
                                    Assistant U.S. Attorney
                                    West Virginia Bar # 12762
                                    53 Pleasant Street, 4th Floor
                                    Concord, NH 03301
                                    603-225-1552
                                    anna.krasinski@usdoj.gov