UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 19-cr-251-LM |
| ) | |
| JOHNATHON IRISH, ) | |
|     Defendant ) | |

**ASSENTED-TO MOTION TO STAY PROCEEDING ON
THE DEFENDANT'S PRO-SE MOTION FOR A NEW TRIAL**

The United States, with the assent of defense counsel, moves the Court to stay proceedings on defendant's pro-se motion for a new trial (ECF No. 42) until defendant's counsel files a new motion for a new trial.

On February 25, 2020, defendant Johnathon Irish filed a pro-se motion for a new trial. The United States' response to that motion was initially due on March 10, 2020. After the defendant filed the motion, the Court appointed new counsel to represent the defendant. Defendant's new counsel is review discovery and the trial transcript and will likely file a supplement to that motion. The United States requested an extension of time to respond to the motion for a new trial for a period of 30 days, to April 10, 2020, and the Court granted that motion. Defense counsel subsequently requested additional time to file a supplement to the motion for a new trial.

The United States and defense counsel have agreed that it would be most appropriate for the United States to file a single response to both the pro se motion and the supplement filed by counsel, and thus the United States has not yet filed a response to the pro se motion for a new trial. In light of the parties' agreement, the United States seeks to stay proceedings on defendant's pro-se motion for a new trial (ECF No. 42) until defendant's counsel files the

supplement to the pro se motion for a new trial. The defendant, through attorney Guerriero, assents to this motion.

## CONCLUSION

For the reasons stated above, the United States requests that the Court stay proceedings to the pro se motion for a new trial (ECF No. 42) until defendant's counsel files a supplement to that motion.

                                      Respectfully submitted,

                                      Scott W. Murray
                                      United States Attorney

Date: June 12, 2020                    /s/ Anna Krasinski
                                       Assistant U.S. Attorney
                                       West Virginia Bar # 12762
                                       53 Pleasant Street, 4th Floor
                                       Concord, NH 03301
                                       603-225-1552
                                       anna.krasinski@usdoj.gov