## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

v.                                                            No. 19-cr-00251-LM

JOHNATHON IRISH

### ASSENTED-TO MOTION TO EXCEED PAGE LIMIT

Johnathan Irish, through counsel, requests that the Court allow him to expand the

length of his Supplement to Motion for New Trial beyond the limits in Local Rule 7.

Proper presentation of the issues required a summary of the entire jury trial such that the

motion exceeded the page limits set by rule. The government assents to this request.

WHEREFORE, the defense respectfully requests that the Court order the defense

Supplement to Motion for New Trial may exceed the page limits set in the local rules.

Date: July 6, 2020

Respectfully submitted,

*/s/ Richard Guerriero*
Richard Guerriero, Esq.
N.H. Bar ID. 10530
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
Telephone: (603) 352-5000

### CERTIFICATE OF SERVICE
I hereby certify that this document, filed through the ECF system, will be sent
electronically to the registered Participants as identified on the Notice of Electronic Filing
(NEF) and paper copies will be sent to those indicated as nonregistered participants on
the date the document was signed by me.

*/s/ Richard Guerriero*
Richard Guerriero