# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

United States of America

   v.                                          Criminal No. 19-cr-251-LM

Johnathon Irish

## O R D E R

On today's date, the court held a telephone conference in the above-captioned case. Attorney Anna Krasinski appeared for plaintiff, and Attorney Richard Guerriero appeared for defendant. The court discussed with counsel procedural matters related to the pending motion for new trial. By agreement of counsel, the court will resolve the threshold question of whether the court should rule on the ineffective assistance of counsel claims before sentencing. To that end, on or before August 10, 2020, defendant will file a brief addressing the applicability in this case of the holding in United States v. Ortiz-Vega, 860 F.3d 20 (1st Cir. 2017). The government will file its response on or before August 17, 2020. Oral argument on this legal question will occur via video on August 18, 2020, at 10:00 a.m.

    SO ORDERED.

                                                      _____
                                                      Landya B. McCafferty
                                                      United States District Judge

August 3, 2020

cc: Counsel of Record