**Wendy Irish**



To Whom It May Concern:

I am writing this letter in regards to my nephew Jonathan Irish. I am his Aunt and even though I live in Georgia, I do return to N.H. once a year. So in the past I did try to visit Jonathan and his family. Jonathan has always been a doting father to his 3 children and I did notice a special bond with his oldest daughter. When I was in N.H. in April of 2019 because my mother, Jonathan's grandmother, had to be placed in a nursing home, he was eager to go with me to visit her. She was so happy to see her grandson. He was very kind and loving towards her and cried with me when we left because we were both upset at her being in the nursing home against her will. I visited with Jonathan and his family over the course of the time I was in the state and he was always very loving with his children.

I have to admit that I was very shocked to hear of his arrest while he was trying to be the responsible parent to his 3 young children. I followed the case closely and was very confused about the outcome. I don't understand the State wanting to send a father of 3 to prison for years when he was not arrested while committing a crime. I live in Georgia and see on the news felons committing violent crimes and being released home on probation. Of course, I do not have all the facts but I do know that my nephew is not a violent person and he did not commit a violent crime. If he is guilty of anything it is being gullible and trusting the wrong people.

I hope and pray that the honorable judge in his case will see the facts and realize that Jonathan does not deserve to go to prison for any longer than he has already served. Please feel free to contact me at any time

Thank you for allowing me to share my voice in this case.


Wendy E. Irish