# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

               v.                                                                                                             No. 19-cr-00251-LM

JOHNATHON IRISH

### ASSENTED-TO MOTION TO FURTHER EXTEND DEADLINE

The defense respectfully requests an additional one-day extension of the deadline to file the defense sentencing memorandum and requests for departure or variance. The deadline was yesterday, October 5, 2020. The pleading was filed overnight. However, counsel was unable to file before midnight. Counsel apologizes for the delay and any inconvenience to the court or the government. Upon being notified of the foregoing, Assistant United States Attorney Anna Krasinski assented to this motion.

WHEREFORE the defense requests that the deadline for filing sentencing memoranda and requests for a departure or variance be extended to October 6, 2020.

Date: October 6, 2020                                                                       Respectfully submitted,

                                                                                                 */s/ Richard Guerriero*
                                                                                                 Richard Guerriero, Esq.
                                                                                                 N.H. Bar ID. 10530
                                                                                                 Lothstein Guerriero, PLLC
                                                                                                 Chamberlain Block Building
                                                                                                  39 Central Square, Suite 202
                                                                                                 Keene, NH 03431
                                                                                                 Telephone: (603) 352-5000
                                                                                                 richard@nhdefender.com

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered Participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

                                                                                                 */s/ Richard Guerriero*