# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>JOHNATHON IRISH | No. 19-cr-00251-LM |

### ASSENTED TO MOTION TO FILE EXHIBITS UNDER SEAL

The defense respectfully requests that the Court permit the attached Exhibits D, E, and F to be filed under seal at Level 1. The exhibits contain information about the physical and mental health of the defendant, his treatment, and the educational records of a minor. No expiration date for the seal is specified as this information is always protected. The government assents to this motion.

WHEREFORE, the defense requests that this motion be granted and that this motion and the attached Exhibits D, E, and F be filed under seal at Level 1.

Date: October 5, 2020                                         Respectfully submitted,

*/s/ Richard Guerriero*
Richard Guerriero, Esq.
N.H. Bar ID. 10530
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
Telephone: (603) 352-5000
richard@nhdefender.com

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered Participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

*/s/ Richard Guerriero*