# EXHIBIT A



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Manchester Field Office*

1750 Elm Street, Suite 301
Manchester, NH 03104

www.atf.gov

December 13, 2019

762065:JWF
1870

## SUMMARY OF EVENT:

**FIREARMS INTERSTATE NEXUS DETERMINATION:** On December 9, 2019, Special Agent (S/A) John W. Forte examined firearms for the purpose of determining classification under Title 18 U.S.C., Chapter 44 and whether they had moved in interstate or foreign commerce.

## NARRATIVE:

On December 9, 2019, S/A John W. Forte examined the following firearms at the FBI office in Bedford, New Hampshire. S/A Forte examined markings which include, but are not limited to, the serial number, name of the manufacturer, model, caliber or gauge, and also, when applicable, the importer. The firearm and ammunition are described as follows:

- Sig Sauer, Model 1911, .45 caliber Pistol, S/N GS 34120
- Sig Sauer, Model SIG 516, 5.56 caliber Rifle, S/N 53E001626
- Zijiang Machinery Co., Model Catamount Fury, 12 Gauge Shotgun, S/N CAT-002586

In my capacity as an ATF firearms expert relative to the date and place of manufacture of firearms and ammunition, I made my determination based on the following:

1. Personal physical examination of the firearms' markings, including but not limited to, the serial number, manufacturer name, model and caliber

2. Experience and knowledge (see attached *Statement of Qualifications*)

3. Research of the firearm in the following reference materials

      A.    Shared ATF manufacturer/importer information

      B.    Books (commercially available)

      C.    Internet forums

4.    Communication with manufacturer (When possible)

The above industry-related reference material is widely known and used by both law enforcement and civilian firearms experts to obtain information about firearms and their respective manufacturers, including a firearm's place of manufacture and other matters of interest related to firearms. These references are routinely relied upon to determine the place of manufacture of firearms.

### FINDINGS

Based upon the physical examination of the firearms, in conjunction with the research, knowledge and personal experience, it is the opinion of SA Forte that:

- Sig Sauer manufactured the frame for the model 1911, .45 caliber pistol, bearing serial number GS34120 in Exeter, New Hampshire. Following final assembly, Sig Sauer shipped the firearm to Reeds Sporting Goods in Walker, Minnesota.
- AO Precision Manufacturing LLC in Daytona Beach, Florida manufactured the receiver for the Sig Sauer, model SIG 516, 5.56 caliber rifle, bearing serial number 53E001626 on behalf of Sig Sauer.
- Zijiang Machinery Co. manufactured the model Catamount Fury, 12 gauge shotgun, bearing serial number CAT-002586 in the country of China and was imported into the United States via Century Arms International (C.A.I.) located in Georgia, Vermont.

### CONCLUSIONS

On December 13, 2019, SA Forte completed his research of the aforementioned exhibits and determined the following:

The above listed firearms are firearms as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and were not manufactured in the State of New Hampshire or have travelled outside the State of New Hampshire during or after the manufacture process.

### OPINION

It is the opinion of S/A Forte that if the firearms were received or possessed in the State of New Hampshire, then they traveled in or affected interstate and/or foreign commerce.

**ATTACHMENT(S)**

Statement of Qualifications of John W. Forte

                        John W. Forte
                        ATF Special Agent