# EXHIBIT D



# State of New Hampshire
## Department of Safety
### DIVISION OF STATE POLICE

Criminal Records Unit
33 Hazen Drive, Concord, NH 03305

## CRIMINAL HISTORY RECORD INFORMATION REQUEST FORM

### INSTRUCTIONS

NH RSA 106-B and Administrative Rule Saf-C 5700 authorizes the dissemination of NH Criminal History Record Information (CHRI) for non-criminal justice purposes. Individuals requesting their own record in person need only to complete Section I. If the CHRI is to be released to a third party, both Section I and Section II must be completed. All requests by mail must have both sections completed and Section II notarized.

### SECTION I (Please print clearly)

Last Name: **Eda**  First Name: **John Lee**  Maiden: ___  MI: **S**

Address: ___  City: **Belmont**  State: **NH**  Zip: **03323**

Date of Birth: **1956**  Hair Color: **Hazel**  Eye Color: **Brown**  ☒ Male  ☐ Female

Driver's License #: ___  State: **NH**

My signature below signifies I am the individual listed above and the information provided is true.

Signature: _____  Date: **26 September 2017**

*Signed under penalty of unsworn falsification pursuant to RSA 641:13*

### PURPOSE OF RECORD

☐ Housing  ☒ Employment  ☐ Annulment/Expungement  ☐ Other ___

### SECTION II

I hereby authorize the release of my criminal record conviction(s), if any, to the following:

Person or Entity to Receive Record: ___

Address: ___  City: ___  State: ___  Zip: ___

Your Signature: ___  Date: ___

Notary's Signature: ___

Signature of person/entity to receive record: ___  Date: ___

### RECORD CHALLENGE

[illegible fine print paragraph regarding record challenge procedures]

**WARNING:** The Division of State Police is the Criminal Record Repository for the State of New Hampshire. The record you have received is based only on what has been reported to the Repository and may not be a complete Criminal History Record of the named individual.

☐ To prevent a delay in processing, I have enclosed a self-addressed envelope  ☐ Prepaid Acc't Number ___

A $25.00 fee is required with each request. Make checks payable to: NH Criminal Records

# The State of New Hampshire
## DEPARTMENT OF SAFETY
## DIVISION OF STATE POLICE
33 HAZEN DRIVE
CONCORD, NEW HAMPSHIRE 03305
(603) 271-2538

## CRIMINAL HISTORY RECORD

| | | | | | |
|---|---|---|---|---|---|
| SPN Num: 55-0758 | | Birth: __/__/1986 | | Sex | M |
| Name: IRISH, JOHNATHON S | | Birthplace NH | | Weight | 174 |
| DOB: | NORTHWOOD, NH 03261 | Hair BRO | Height 602 | Race | White |
| | | Eye BRO | | Prints | AFIS |
| OLN: | NH 06003605J | FBI | | | |
| EPC: | | | | | |

| Alias Name | Alias Birth | Body Markings | |
|---|---|---|---|
| IRISH, JOHNATHAN | 1986 | ARTIFICIAL BO | Eye, left, artificial |
| IRISH, JONATHAN | 1986 | ARTIFICIAL BO | Eye, right, artificial |
| | | SCARS | Forearm, left |
| | | TATTOOS | Arm, right |
| | | TATTOOS | Arm, right upper |
| | | TATTOOS | Forearm, left |
| | | TATTOOS | Forearm, left |
| | | TATTOOS | Forearm, right |
| | | TATTOOS | Hand, left |
| | | TATTOOS | Shoulder, right |
| | | TATTOOS | Wrist, left |

Arrest Offense: Criminal Trespassing      Agency: Rochester PD ORI: NH0092000
Type: Misdmnr            Class:        Tracking Num: TNH018000943
Arrested on: 05/24/2009   Arrest Date: 05/24/2009     Fingerprint Supported Arrest? YES

### COURT DOCKET RECORD

Court Date: 07/27/2009                  Court: ROCHESTER D CRT NH009051J
Disposed: 07/27/2009          Court Charge:
Disposed Offense: Criminal Trespassing
Fine: $250.00              Class: A              Filed: NO   Appeal: No
Min:                                       Finding: Guilty

# The State of New Hampshire
## DEPARTMENT OF SAFETY
## DIVISION OF STATE POLICE

33 HAZEN DRIVE
CONCORD, NEW HAMPSHIRE 03305
(603) 271-2538

## CRIMINAL HISTORY RECORD

**SID Num.** 654758    **Name** IRISH, JOHNATHON S    **Birth** 

**Arrest Offense** Carrying/selling Weapon    **Agency** Rochester PD ORI: NH0032000

**Type** Misdmnr    **Class**    **Tracking Num.** TNH019065626

**Violation Date** 08/15/2006    **Arrest Date** 08/15/2006    **Fingerprint Supported Arrest?** YES

--- COURT DOCKET RECORD ---

**Court Date** 10/02/2006    **Court** ROCHESTER-D ORI: NH009051J

**Docket** 06-4741    **Court Charge ID**

**Disposed Offense** Carrying/selling Weapon

**Type** Misdmnr    **Class** A    **Indicted** NO    **Appeal** NO

**Plea** Guilty    **Finding** Guilty

**Sentence** HC 60 SUSP
Good Behavior: 1 Years
Fine (may include Penalty Assessment) $500.00 ($500.00 suspended.)    **Restitution?** NO

# The State of New Hampshire
### DEPARTMENT OF SAFETY
### DIVISION OF STATE POLICE
33 HAZEN DRIVE
CONCORD, NEW HAMPSHIRE 03305
(603) 271-2538

## CRIMINAL HISTORY RECORD

No. 254750    Name: IRISH, JOHNATHON S    Birth: [REDACTED]

Offense: Theft By Unauthorized Taking    Agency: Newington PD ORI: NH0084400
Type: Misdem    Class: A    Tracking Num: G10032
Offense Date: 01/13/2008    Arrest Date: 01/24/2008    Fingerprint Supported Arrest?:

--- COURT DOCKET RECORD ---
Court Date: 07/30/2008    Court: PORTSMOUTH-D ORI: NH008061J
Docket: 08-304-84020C    Court Charge ID:
Disposed Offense: Theft By Unauthorized Taking
Type: Misdem    Class: A    Indicted: NO    Appeal: NO
Plea: Guilty    Finding: Guilty

Sentence: NC SNC/S SUSP
Fine (may include Penalty Assessment): $600.00 ($400.00 suspended)    Restitution? NO

# The State of New Hampshire
## DEPARTMENT OF SAFETY
## DIVISION OF STATE POLICE

## CRIMINAL HISTORY RECORD

SID Num: 854755   Name: IRISH JOHNATHON S   Birth: [REDACTED]

Arrest Offense: Criminal Threatening   Agency: New Hampshire [illegible]
Type:   Class:   Tracking Num:   Fingerprint Supported Arrest:
Violation Date: 05/03/2003   Arrest Date: [illegible]

--- COURT DOCKET RECORD ---
Court Date: 12/12/2003   Court: ROCKINGHAM-S ORI: NH008093J
635:5-2073   Court Charge ID:
Criminal Threatening
Class: A   Indicted: NO   Appeal: NO
Finding: Guilty

HC 12MOS SUSP
Probation: 1 Years   Good Behavior
Restitution? NO

Arrest Offense:   Agency: Brentwood PD ORI: NH0080600
Type:   Class:   Tracking Num:
Violation Date: [illegible]   Arrest Date:   Fingerprint Supported Arrest? NO

Court: BRENTWOOD-D ORI: NH008060D
Court Charge ID: 7437180

# The State of New Hampshire
## DEPARTMENT OF SAFETY
## DIVISION OF STATE POLICE
33 Hazen Drive
Concord, New Hampshire 03305
(603) 271-2538



## CRIMINAL HISTORY RECORD

**SID Num:** [redacted]    **Name:** IRISH, JOHNATHON B    **Birth:** [redacted]

**Arrest Offense:**    **Agency:** Rochester PD ORI NH0090900

**Type:**    **Class:**    **Tracking Num:**

**Violation Date:** 03/27/2003    **Arrest Date:**    **Fingerprint Supported Arrest:** NO

### COURT DOCKET RECORD

**Court Date:** 10/28/2003    **Court:** ROCHESTER D ORI NH0090SJ
**Docket:** 03-1923-103603C    **Court Charge ID:**
**Disposed Offense:** Criminal Threatening
**Type:** Misdem    **Class:** A    **Indicted:** NO    **Appeal:** NO
**Plea:** Guilty    **Finding:** Guilty

**Sentence:** HC $300 SUSP
Good Behavior (3 years)

**Restitution:** NO

# The State of New Hampshire

## DEPARTMENT OF SAFETY
## DIVISION OF STATE POLICE

33 HAZEN DRIVE
CONCORD, NEW HAMPSHIRE 03305
(603) 271-2538

## CRIMINAL HISTORY RECORD

**ID Num:** 054758     **Name:** IRISH, JOHNATHON S     **Birth:** [REDACTED]

**Agency:** Rochester PD ORI: NH0092000

| Type | Class | Tracking Num. | |
|---|---|---|---|
| 04/23/2008 | Arrest Date | | Fingerprint Supported Arrest? NO |

**Charge:** MARIJUANA

### --- COURT DOCKET RECORD ---

**Court Date:** 10/28/2008     **Court:** ROCHESTER-D ORI: NH009051J
**Docket:** 08-1742-10747IC     **Court Charge ID:**
**Disposed Offense:** STATUTE TITLE: Controlled Drug Act: Acts Prohibited DESCRIPTION: Possession Of Drugs
**Type:** Misdmnr     **Class:** A     **Indicted:** NO     **Appeal:** NO
**Fine:**     **Finding:** Guilty

**Sentence:** HC 60D SUSP
Good Behavior: 2 Years

**Restitution?** NO

# The State of New Hampshire
## DEPARTMENT OF SAFETY
## DIVISION OF STATE POLICE
33 HAZEN DRIVE
CONCORD, NEW HAMPSHIRE
(603) 271-2538

## CRIMINAL HISTORY RECORD



Name: IRISH, JOHNATHON S    Birth: 

Agency: Somersworth PD ORI: NH00803400

Type: Felony    Class:    Tracking Num:
Committed: 07-22-2008    Arrest Date:    Fingerprint Supported Arrest?

--- COURT DOCKET RECORD ---
Court Date: 09-04-2008    Court: DOVER-D ORI: NH0090410
Docket: 08-2208-7188SC    Court Charge ID:
Disposed Offense: Habitual Offenders Penalty
Type: Misdmnr    Class: A    Indicted: NO    Appeal: NO
Plea:    Finding: Guilty

Sentence: HC 6MOS SUSP
Good Behavior 2 Years                    Restitution? NO