UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America
Plaintiff(s)/United States

v.  Case No. 19-cr-00251-LM

Johnathon Irish
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that United States of America has conventionally filed the following attachment or exhibit: Exhibit B to the United States' Response to Defendant's Sentencing Memorandum (ECF no. 80).

This attachment or exhibit has not been filed electronically because:

Exhibit B is an audio recording. It was delivered to the Court on October 7, 2020, on a disc containing Exhibits B and C to the United States' Response to Defendant's Sentencing Memorandum (ECF no. 80).

Date: October 7, 2020

/s/ Anna Z. Krasinski
Anna Z. Krasinski
Bar No.: (WV)12762
United States Attorney's Office
53 Pleasant Street, 4th floor
Concord, New Hampshire 03302
(603) 225-1552
anna.krasinski@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing attachment/exhibit was filed conventionally and served on the following persons on this date and in the manner specified herein:

via USAfx to Richard Guerrero, Esq., counsel for the defendant.

Date: October 7, 2020

/s/ Anna Z. Krasinski
Anna Z. Krasinski
Bar No.: (WV)12762
United States Attorney's Office
53 Pleasant Street, 4th floor
Concord, New Hampshire 03302
(603) 225-1552
anna.krasinski@usdoj.gov