# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

      v.                                            No. 19-cr-00251-LM

JOHNATHON IRISH

### ASSENTED-TO REQUEST FOR IN-PERSON SENTENCING HEARING

The defense respectfully requests that the sentencing hearing in this matter be conducted in-person, with the defendant, all counsel, and all witnesses physically present before the judge. The defendant bases this request on his rights under the Fifth and Sixth Amendments of the United States Constitution.

Undersigned defense counsel has discussed with the defendant that the sentencing hearing will be delayed because of the difficulty in conducting an in-person hearing during the pandemic. The defendant understands and consents to any necessary delay.

The Government, through Assistant United States Attorney Anna Krasinski, assents to this request.

The Government and the defense estimate that the hearing will require approximately 3 hours of court time.

WHEREFORE the defense asks that the Court take notice of this request.

Date: November 24, 2020                                    Respectfully submitted,

                                                          */s/ Richard Guerriero*
                                                          Richard Guerriero, Esq.
                                                          N.H. Bar ID. 10530
                                                          Lothstein Guerriero, PLLC
                                                          Chamberlain Block Building
                                                          39 Central Square, Suite 202
                                                          Keene, NH 03431
                                                          Telephone: (603) 352-5000

                                                                        richard@nhdefender.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to registered Participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

                                                                    */s/ Richard Guerriero*