

# Blanket Purchase Agreement

**SIG SAUER, INC.**

72 PEASE BOULEVARD
NEWINGTON, NH 03801 USA
P: +1 (603) 610-3000
F: +1 (603) 610-3001

**Vendor:**
AO PRECISION MANUFACTURING LLC
1870 MASON AVE.
DAYTONA BEACH, FL 32117
United States

| ORDER NUMBER | REVISION |
|---|---|
| 279766 | 21 |

**THIS PURCHASE ORDER NO. MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS AND CORRESPONDENCE RELATED TO THIS ORDER.**

| Ship To | Bill To: |
|---|---|
| Sig Sauer - ASSY - Newington, NH<br>72 Pease Blvd.<br>Bay Door "S"<br>Newington, NH 03801<br>United States | Attn: Accounts Payable Dept.<br>72 Pease Blvd.<br>Newington, NH 03801<br>United States |

| | VENDOR NO<br>1013012 | DATE OF ORDER/BUYER<br>15-FEB-13 D OBrien | REVISED DATE/BUYER<br>30-JUN-15 D OBrien |
|---|---|---|---|
| **PAYMENT TERMS**<br>Net 30 | | SHIP VIA<br>SigSauer Vendor Routing Instructions | F.O.B. |
| | | REQUESTED BY/DELIVER TO | CONFIRM TO/TELEPHONE<br>() |

| Item | Part Number/Description | Qty | Unit | USD Unit Price | USD Ext |
|---|---|---|---|---|---|
| 1 | All prices and amounts on this order are expressed in : **US Dollar**<br>Purchase Agreement<br>    Effective From :15-FEB-13 To: 14-JUL-17   :<br>**1700109/LOWER RECEIVER, 516, SEMI, MACHINED OUTSIDE**<br>Rev#  09<br>  FIRST ARTICLE REQUIRED<br><br>    Qty.       Price | 16,851 | EACH | | |
| Note: | One Week Demand = 1,000 pcs.<br>1 Week Finished Goods =  1,000 pcs.<br>1 Week WIP = 1,000 pcs. | | | | |
| 2 | 1701094/LOWER RECEIVER, 516/M400, SEMI<br>Rev#  00<br><br>    Qty.       Price | 17,348 | EACH | | |
| Note: | | | | | |
| 4 | 1701094/LOWER RECEIVER, SEMI, 516/M400<br>Rev#  03<br><br>    Qty.       Price | 12,522 | EACH | | |
| Note: | | | | **Total:** | |

Note to Vendor: Blanket PO Terms:  Sig Sauer reserves the right to modify this Blanket Purchase Order at any time subject to the following;

1. A Blanket PO is an order detailing the intent to purchase a stated quantity of parts over a stated time frame. A Blanket Purchase Order Release is the actual request to deliver a state quantity on specific dates.

2. Sig Sauer authorizes the supplier to purchase all raw material necessary for the full blanket quanity.

3. Reschedules of existing releases will be allowed outside of a 30 day window.

| 4. No shipments should be made to Sig Sauer unless a blanket release has been issued to the supplier. No verbally authorized shipments will be allowed. If a shipment is made to Sig Sauer without the proper documented Blanket Release, the material will be returned to the Supplier at their own expense. | | |
|---|---|---|

**PLEASE EMAIL ALL INVOICES TO** ACCOUNTSPAYABLE@SigSauer.com

All deliveries require a Certificate of Compliance.

Please email all C of C documents to Certs@SigSauer.Com.

Please See the Supplier section of our website, at the following address, for all relevant work instructions and procedures, as well as our Terms & Conditions and Routing Guide. http://www.sigsauer.com/suppliers

Any specific terms agreed to on the Purchase Order will supersede and/or augment all others.

| All Prices and amounts on this order are expressed in USD | D OBrien |
|---|---|
| Through issue of this Purchase Order ("PO"), Sig Sauer intends to pay the amount specified in return for the receipt of the goods and/or services specified in this PO. Payments are subject to timely receipt of goods and/or services and associated invoices. | **Buyer** <br> If this box is populated it has been formally authorized & approved by Sig Sauer, Inc. |

19R456_REP-000491.02