



**GOVERNMENT EXHIBIT 3**
1:19-cr-00251-LM

AO PRECISION MANUFACTURING, LLC.
1870 MASON AVENUE
DAYTONA BEACH FL 32117
U.S.A.

Phone: 386-274-5882
Fax:   386-274-5966

**Pack Slip: 8875**                 **Packing Slip**                        Page:   1 of 2

| Ship To: | Sold To: |
|---|---|
| Sig Sauer<br>18 Industrial Drive<br>Exeter NH 03833<br>U.S.A.<br><br>Richar.Ryan@SigSauer.com | Sig Sauer<br>Attn: Accounts Payable<br>72 Pease Blvd.<br>Newington, NH 03081<br>U.S.A.<br><br>Fax:   603-772-9082 |

Ship Date: 4/12/2013                   Ship Via: FEDEX FREIGHT COLLECT     F.O.B.: SHIPPING POINT
Tracking Number:   1997121464

**All Claims for quantity discrepancies must be filed within 48 hours of delivery and receipt.**

| Order Line | Planned Qty | Shipped Qty | Back Order Qty | | Rev |
|---|---|---|---|---|---|
| Sales Order: 10060 | | Your PO: 279766-1 | | Payment Terms: | |
| 1 | 2,700.00 | 618.00 | | 1700109 | 09 |
| Inspection Lot #: 16874 | | | AR15 516 SEMI LOWER RECEIVER (Sig) | | |
| | | | Our Part:   00-LR-1700109 | | B |
| SERIAL NUMBER RANGE:: 001242 - 001863 | | | | | |

PackSlip_New: 9.05: 01



AO PRECISION MANUFACTURING, LLC.
1870 MASON AVENUE
DAYTONA BEACH FL 32117
U.S.A.

Phone: 386-274-5882
Fax: 386-274-5966

Pack Slip: 8875 | **Packing Slip** | Page: 2 of 2

| Order Line | Planned Qty | Shipped Qty | Back Order Qty | Rev |
|---|---|---|---|---|
| Total Ship Quantity | | 618.00 | | |

### CERTIFICATE OF CONFORMANCE

The undersigned, individually, and as the authorized representative of the contractor, warrants and confirms that the delivered materials and goods specified above by Inspection Lot Number(s), have been manufactured, inspected, and tested to drawings, specifications, and requirements, specified by the contract and its associated documents.

I also confirm that all certifications, tests, and inspection data for the above lot(s) have been received and verified by us, and are retained by us for your review upon request.

When relevant, the delivered materials and goods embody material supplied by you as free issue and processed by us in accordance with the contract.

Questions or issues pertaining to this delivery should be addressed to AO Precision Manufacturing, LLC, Quality Assurance Department. The above Packing Slip number should be referenced to enable the timely acquisition of the appropriate quality records.

*Brian LaDolce*
Brian LaDolce
Quality Lead

PackSlip_New: 9.05: 01

19R456_REP-000485.02