```
                                          Receipt Traveler                    Report Date: 02-DEC-2020 16:09:27


                   Report Parameters

                       Operating Unit:
                    Deliver-to Location:
                 Receipt Numbers From: 285378
                                   To: 285378
                           Items From:
                                   To:
                      Categories From:
                                   To:
                      Ship to Location:
                    Organization Name: SIG NH


        Number of Receipt Travelers Printed: 2
                                          Receipt Traveler                    Report Date: 02-DEC-2020 16:09:27
                                                                                       Page:         1 of      4
Item
==============================================================================================================
                   •Item: 1700109                     Rev: 09                           Category:
          Item Description: LOWER RECEIVER, 516, SEMI, MACHINED OUTSIDE
                 UN Number:                            Description:                     Hazard Class:
                  Routing: Inspection Required        Buyer: Ryan, Rick
Source
==============================================================================================================
            Operating Unit: SIG Operating Unit
             Document Type: Blanket Release          Document Number: 279766-1          Line Number: 1
              Source Type: Supplier                           Source: AO PRECISION MANUFAC      Unit: EACH
         Vendor Item Number:                                Due Date: 2013/04/26 00:00:00  Quantity Ordered: 1,000.00
      Header Receiver Note:
    Shipment Receiver Note:

Receipt
==============================================================================================================
            Receipt Number: 285378                    Unit: EACH              Quantity Received: 596.00
                  Receiver: Krista                    Receipt Date: 2013/04/18 07:53:36   Quantity Remaining: 46.00
                           Desrosiers                 Freight Carrier:        Packing Slip: 8875
          Shipment Number:                            Bill Of Lading:         Vendor Lot Number:
          Receipt Location: CPL-IQC                                           Containers:
     License Plate Number:
         Receiver Comment: 20@25 4@24 1@22
     Delivery Instructions                          Quantity Returned to Receiving Department: _____
==============================================================================================================
          Destination Type: Inventory              Organization :SIG NH                    Unit: EACH
                Requester:                     Destination Subinventory :CPL           Quantity/Amount Due: 46.00
        Deliver To Location:                    Destination Locator :IQC                 Department:
              Job/Schedule:                                Line :                       Operation Sequence Num:
       Header Deliver Note:
     Shipment Deliver Note:
        Quantity/Amount Delivered: 618.00         Delivery Date: 2013/04/18 07:53:36   Delivered By: Desrosiers, Krista
                                      License Plate Number:
Lot And Serial Number
==============================================================================================================
         Serial : 53E001242         Serial : 53E001243         Serial : 53E001244         Serial : 53E001245
         Serial : 53E001246         Serial : 53E001247         Serial : 53E001248         Serial : 53E001249
         Serial : 53E001250         Serial : 53E001251         Serial : 53E001252         Serial : 53E001253
         Serial : 53E001254         Serial : 53E001255         Serial : 53E001256         Serial : 53E001257
         Serial : 53E001258         Serial : 53E001259         Serial : 53E001260         Serial : 53E001261
         Serial : 53E001262         Serial : 53E001263         Serial : 53E001264         Serial : 53E001265
         Serial : 53E001266         Serial : 53E001267         Serial : 53E001268         Serial : 53E001269
         Serial : 53E001270         Serial : 53E001271         Serial : 53E001272         Serial : 53E001273
         Serial : 53E001274         Serial : 53E001275         Serial : 53E001276         Serial : 53E001277
         Serial : 53E001278         Serial : 53E001279         Serial : 53E001280         Serial : 53E001281
         Serial : 53E001282         Serial : 53E001283         Serial : 53E001284         Serial : 53E001285
         Serial : 53E001286         Serial : 53E001287         Serial : 53E001288         Serial : 53E001289
         Serial : 53E001290         Serial : 53E001291         Serial : 53E001292         Serial : 53E001293
         Serial : 53E001294         Serial : 53E001295         Serial : 53E001296         Serial : 53E001297
         Serial : 53E001298         Serial : 53E001299         Serial : 53E001300         Serial : 53E001301
         Serial : 53E001302         Serial : 53E001303         Serial : 53E001304         Serial : 53E001305
         Serial : 53E001306         Serial : 53E001307         Serial : 53E001308         Serial : 53E001309
         Serial : 53E001310         Serial : 53E001311         Serial : 53E001312         Serial : 53E001313
         Serial : 53E001314         Serial : 53E001315         Serial : 53E001316         Serial : 53E001317
         Serial : 53E001318         Serial : 53E001319         Serial : 53E001320         Serial : 53E001321
         Serial : 53E001322         Serial : 53E001323         Serial : 53E001324         Serial : 53E001325
         Serial : 53E001326         Serial : 53E001327         Serial : 53E001328         Serial : 53E001329
         Serial : 53E001330         Serial : 53E001331         Serial : 53E001332         Serial : 53E001333
         Serial : 53E001334         Serial : 53E001335         Serial : 53E001336         Serial : 53E001337
         Serial : 53E001338         Serial : 53E001339         Serial : 53E001340         Serial : 53E001341
         Serial : 53E001342         Serial : 53E001343         Serial : 53E001344         Serial : 53E001345
                                          Receipt Traveler                    Report Date: 02-DEC-2020 16:09:27
                                                                                       Page:         2 of      4

         Serial : 53E001346         Serial : 53E001347         Serial : 53E001348         Serial : 53E001349
         Serial : 53E001350         Serial : 53E001351         Serial : 53E001352         Serial : 53E001353
         Serial : 53E001354         Serial : 53E001355         Serial : 53E001356         Serial : 53E001357
         Serial : 53E001358         Serial : 53E001359         Serial : 53E001360         Serial : 53E001361
         Serial : 53E001362         Serial : 53E001363         Serial : 53E001364         Serial : 53E001365
         Serial : 53E001366         Serial : 53E001367         Serial : 53E001368         Serial : 53E001369
         Serial : 53E001370         Serial : 53E001371         Serial : 53E001372         Serial : 53E001373
```

```
Serial : 53E001374      Serial : 53E001375      Serial : 53E001376      Serial : 53E001377
Serial : 53E001378      Serial : 53E001379      Serial : 53E001380      Serial : 53E001381
Serial : 53E001382      Serial : 53E001383      Serial : 53E001384      Serial : 53E001385
Serial : 53E001386      Serial : 53E001387      Serial : 53E001388      Serial : 53E001389
Serial : 53E001390      Serial : 53E001391      Serial : 53E001392      Serial : 53E001393
Serial : 53E001394      Serial : 53E001395      Serial : 53E001396      Serial : 53E001397
Serial : 53E001398      Serial : 53E001399      Serial : 53E001400      Serial : 53E001401
Serial : 53E001402      Serial : 53E001403      Serial : 53E001404      Serial : 53E001405
Serial : 53E001406      Serial : 53E001407      Serial : 53E001408      Serial : 53E001409
Serial : 53E001410      Serial : 53E001411      Serial : 53E001412      Serial : 53E001413
Serial : 53E001414      Serial : 53E001415      Serial : 53E001416      Serial : 53E001417
Serial : 53E001418      Serial : 53E001419      Serial : 53E001420      Serial : 53E001421
Serial : 53E001422      Serial : 53E001423      Serial : 53E001424      Serial : 53E001425
Serial : 53E001426      Serial : 53E001427      Serial : 53E001428      Serial : 53E001429
Serial : 53E001430      Serial : 53E001431      Serial : 53E001432      Serial : 53E001433
Serial : 53E001434      Serial : 53E001435      Serial : 53E001436      Serial : 53E001437
Serial : 53E001438      Serial : 53E001439      Serial : 53E001440      Serial : 53E001441
Serial : 53E001442      Serial : 53E001443      Serial : 53E001444      Serial : 53E001445
Serial : 53E001446      Serial : 53E001447      Serial : 53E001448      Serial : 53E001449
Serial : 53E001450      Serial : 53E001451      Serial : 53E001452      Serial : 53E001453
Serial : 53E001454      Serial : 53E001455      Serial : 53E001456      Serial : 53E001457
Serial : 53E001458      Serial : 53E001459      Serial : 53E001460      Serial : 53E001461
Serial : 53E001462      Serial : 53E001463      Serial : 53E001464      Serial : 53E001465
Serial : 53E001466      Serial : 53E001467      Serial : 53E001468      Serial : 53E001469
Serial : 53E001470      Serial : 53E001471      Serial : 53E001472      Serial : 53E001473
Serial : 53E001474      Serial : 53E001475      Serial : 53E001476      Serial : 53E001477
Serial : 53E001478      Serial : 53E001479      Serial : 53E001480      Serial : 53E001481
Serial : 53E001482      Serial : 53E001483      Serial : 53E001484      Serial : 53E001485
Serial : 53E001486      Serial : 53E001487      Serial : 53E001488      Serial : 53E001489
Serial : 53E001490      Serial : 53E001491      Serial : 53E001492      Serial : 53E001493
Serial : 53E001494      Serial : 53E001495      Serial : 53E001496      Serial : 53E001497
Serial : 53E001498      Serial : 53E001499      Serial : 53E001500      Serial : 53E001501
Serial : 53E001502      Serial : 53E001503      Serial : 53E001504      Serial : 53E001505
Serial : 53E001506      Serial : 53E001507      Serial : 53E001508      Serial : 53E001509
Serial : 53E001510      Serial : 53E001511      Serial : 53E001512      Serial : 53E001513
Serial : 53E001514      Serial : 53E001516      Serial : 53E001518      Serial : 53E001519
Serial : 53E001520      Serial : 53E001521      Serial : 53E001522      Serial : 53E001523
Serial : 53E001524      Serial : 53E001525      Serial : 53E001526      Serial : 53E001527
Serial : 53E001528      Serial : 53E001529      Serial : 53E001530      Serial : 53E001531
Serial : 53E001532      Serial : 53E001533      Serial : 53E001534      Serial : 53E001535
Serial : 53E001536      Serial : 53E001537      Serial : 53E001538      Serial : 53E001539
Serial : 53E001540      Serial : 53E001541      Serial : 53E001542      Serial : 53E001543
Serial : 53E001545      Serial : 53E001546      Serial : 53E001547      Serial : 53E001548
Serial : 53E001549      Serial : 53E001550      Serial : 53E001551      Serial : 53E001552
Serial : 53E001553      Serial : 53E001554      Serial : 53E001555      Serial : 53E001556
Serial : 53E001557      Serial : 53E001558      Serial : 53E001559      Serial : 53E001560
Serial : 53E001561      Serial : 53E001562      Serial : 53E001563      Serial : 53E001564
Serial : 53E001565      Serial : 53E001566      Serial : 53E001567      Serial : 53E001568
Serial : 53E001569      Serial : 53E001570      Serial : 53E001571      Serial : 53E001572
Serial : 53E001573      Serial : 53E001574      Serial : 53E001575      Serial : 53E001576
Serial : 53E001577      Serial : 53E001578      Serial : 53E001579      Serial : 53E001580
Serial : 53E001581      Serial : 53E001582      Serial : 53E001583      Serial : 53E001584
Serial : 53E001585      Serial : 53E001586      Serial : 53E001587      Serial : 53E001588
Serial : 53E001589      Serial : 53E001590      Serial : 53E001591      Serial : 53E001592
```

Receipt Traveler                                Report Date: 02-DEC-2020 16:09:27
                                                         Page:        3 of       4

```
Serial : 53E001593      Serial : 53E001594      Serial : 53E001595      Serial : 53E001596
Serial : 53E001597      Serial : 53E001598      Serial : 53E001599      Serial : 53E001600
Serial : 53E001601      Serial : 53E001602      Serial : 53E001603      Serial : 53E001604
Serial : 53E001605      Serial : 53E001606      Serial : 53E001607      Serial : 53E001608
Serial : 53E001609      Serial : 53E001610      Serial : 53E001611      Serial : 53E001612
Serial : 53E001613      Serial : 53E001614      Serial : 53E001615      Serial : 53E001616
Serial : 53E001617      Serial : 53E001618      Serial : 53E001619      Serial : 53E001620
Serial : 53E001621      Serial : 53E001622      Serial : 53E001623      Serial : 53E001624
Serial : 53E001625    →Serial : 53E001626 *    Serial : 53E001627      Serial : 53E001628
Serial : 53E001629      Serial : 53E001630      Serial : 53E001631      Serial : 53E001632
Serial : 53E001633      Serial : 53E001634      Serial : 53E001635      Serial : 53E001636
Serial : 53E001637      Serial : 53E001638      Serial : 53E001639      Serial : 53E001640
Serial : 53E001641      Serial : 53E001642      Serial : 53E001643      Serial : 53E001644
Serial : 53E001645      Serial : 53E001646      Serial : 53E001647      Serial : 53E001648
Serial : 53E001649      Serial : 53E001650      Serial : 53E001651      Serial : 53E001652
Serial : 53E001653      Serial : 53E001654      Serial : 53E001655      Serial : 53E001656
Serial : 53E001657      Serial : 53E001658      Serial : 53E001659      Serial : 53E001660
Serial : 53E001661      Serial : 53E001662      Serial : 53E001663      Serial : 53E001664
Serial : 53E001665      Serial : 53E001666      Serial : 53E001667      Serial : 53E001668
Serial : 53E001669      Serial : 53E001670      Serial : 53E001671      Serial : 53E001673
Serial : 53E001674      Serial : 53E001675      Serial : 53E001676      Serial : 53E001677
Serial : 53E001678      Serial : 53E001679      Serial : 53E001680      Serial : 53E001681
Serial : 53E001682      Serial : 53E001683      Serial : 53E001684      Serial : 53E001685
Serial : 53E001686      Serial : 53E001687      Serial : 53E001688      Serial : 53E001689
Serial : 53E001690      Serial : 53E001691      Serial : 53E001692      Serial : 53E001693
Serial : 53E001694      Serial : 53E001695      Serial : 53E001696      Serial : 53E001697
Serial : 53E001698      Serial : 53E001699      Serial : 53E001700      Serial : 53E001701
Serial : 53E001702      Serial : 53E001703      Serial : 53E001704      Serial : 53E001705
Serial : 53E001706      Serial : 53E001707      Serial : 53E001708      Serial : 53E001709
Serial : 53E001710      Serial : 53E001711      Serial : 53E001712      Serial : 53E001713
Serial : 53E001714      Serial : 53E001715      Serial : 53E001716      Serial : 53E001717
Serial : 53E001718      Serial : 53E001719      Serial : 53E001720      Serial : 53E001721
Serial : 53E001722      Serial : 53E001723      Serial : 53E001724      Serial : 53E001725
Serial : 53E001726      Serial : 53E001727      Serial : 53E001728      Serial : 53E001729
Serial : 53E001730      Serial : 53E001731      Serial : 53E001732      Serial : 53E001733
Serial : 53E001734      Serial : 53E001735      Serial : 53E001736      Serial : 53E001737
Serial : 53E001738      Serial : 53E001739      Serial : 53E001740      Serial : 53E001741
```

```
        Serial : 53E001742              Serial : 53E001743              Serial : 53E001744              Serial : 53E001745
        Serial : 53E001746              Serial : 53E001747              Serial : 53E001748              Serial : 53E001749
        Serial : 53E001750              Serial : 53E001751              Serial : 53E001752              Serial : 53E001753
        Serial : 53E001754              Serial : 53E001755              Serial : 53E001756              Serial : 53E001757
        Serial : 53E001758              Serial : 53E001759              Serial : 53E001760              Serial : 53E001761
        Serial : 53E001762              Serial : 53E001763              Serial : 53E001764              Serial : 53E001765
        Serial : 53E001766              Serial : 53E001767              Serial : 53E001768              Serial : 53E001769
        Serial : 53E001770              Serial : 53E001771              Serial : 53E001772              Serial : 53E001773
        Serial : 53E001774              Serial : 53E001775              Serial : 53E001776              Serial : 53E001777
        Serial : 53E001778              Serial : 53E001779              Serial : 53E001780              Serial : 53E001781
        Serial : 53E001782              Serial : 53E001783              Serial : 53E001784              Serial : 53E001785
        Serial : 53E001786              Serial : 53E001787              Serial : 53E001788              Serial : 53E001789
        Serial : 53E001790              Serial : 53E001791              Serial : 53E001792              Serial : 53E001793
        Serial : 53E001794              Serial : 53E001795              Serial : 53E001796              Serial : 53E001797
        Serial : 53E001798              Serial : 53E001799              Serial : 53E001800              Serial : 53E001801
        Serial : 53E001802              Serial : 53E001803              Serial : 53E001804              Serial : 53E001805
        Serial : 53E001806              Serial : 53E001807              Serial : 53E001808              Serial : 53E001809
        Serial : 53E001810              Serial : 53E001811              Serial : 53E001812              Serial : 53E001813
        Serial : 53E001814              Serial : 53E001815              Serial : 53E001816              Serial : 53E001817
        Serial : 53E001818              Serial : 53E001819              Serial : 53E001820              Serial : 53E001821
        Serial : 53E001822              Serial : 53E001823              Serial : 53E001824              Serial : 53E001825
        Serial : 53E001826              Serial : 53E001827              Serial : 53E001828              Serial : 53E001829
        Serial : 53E001830              Serial : 53E001831              Serial : 53E001832              Serial : 53E001833
        Serial : 53E001834              Serial : 53E001835              Serial : 53E001836              Serial : 53E001837
                                             Receipt Traveler                            Report Date: 02-DEC-2020 16:09:27
                                                                                               Page:            4 of      4


        Serial : 53E001838              Serial : 53E001839              Serial : 53E001840              Serial : 53E001841
        Serial : 53E001842              Serial : 53E001843              Serial : 53E001844              Serial : 53E001845
        Serial : 53E001846              Serial : 53E001847              Serial : 53E001848              Serial : 53E001849
        Serial : 53E001850              Serial : 53E001851              Serial : 53E001852              Serial : 53E001853
        Serial : 53E001854              Serial : 53E001855              Serial : 53E001856              Serial : 53E001857
        Serial : 53E001858              Serial : 53E001859              Serial : 53E001860              Serial : 53E001861
        Serial : 53E001862              Serial : 53E001863
                                             Receipt Traveler                            Report Date: 02-DEC-2020 16:09:27
                                                                                               Page:            1 of      1
Item
==================================================================================================================================
                      Item: 1700109                            Rev: 09                            Category:
          Item Description: LOWER RECEIVER, 516, SEMI, MACHINED OUTSIDE
                 UN Number:                              Description:                             Hazard Class:
                   Routing: Inspection Required                Buyer: Ryan, Rick

Source
==================================================================================================================================
            Operating Unit: SIG Operating Unit
             Document Type: Blanket Release         Document Number: 279766-1                     Line Number: 1
               Source Type: Supplier                         Source: AO PRECISION MANUFAC                Unit: EACH
        Vendor Item Number:                               Due Date: 2013/04/26 00:00:00    Quantity Ordered: 1,000.00
      Header Receiver Note:
    Shipment Receiver Note:

Receipt
==================================================================================================================================
            Receipt Number: 285378                            Unit: EACH              Quantity Received: 618.00
                  Receiver: JUSTIN                    Receipt Date: 2013/04/18 06:13:15 Quantity Remaining: 46.00
                            HUDSON                   Freight Carrier:                       Packing Slip: 8875
           Shipment Number:                          Bill Of Lading:                     Vendor Lot Number:
          Receipt Location: SIGCORP                                                            Containers:
       License Plate Number:
          Receiver Comment: 20@25 4@24 1@22
                                                         Quantity Returned to Receiving Department: _____

Inspection
==================================================================================================================================
                 Inspector: _____                                        Inspection Date: _____

          Quantity/Amount
                 Accepted: _____                                         Acceptance Code: _____

        Acceptance Comment: _____

          Quantity/Amount
                 Rejected: _____                                          Rejection Code: _____

         Rejection Comment: _____

Delivery Instructions
==================================================================================================================================
          Destination Type: Inventory                  Organization : SIG NH                        Unit: EACH
                 Requester:                  Destination Subinventory :              Quantity/Amount Due: 46.00
         Deliver To Location:                 Destination Locator :                         Department:
             Job/Schedule:                                     Line :             Operation Sequence Num:
       Header Deliver Note:
     Shipment Deliver Note:
   Quantity/Amount Delivered: _____      Delivery Date: _____     Delivered By: _____
                                              License Plate Number:
Lot And Serial Number
==================================================================================================================================
```