

**SIG SAUER ACADEMY**
233 Exeter Road
Epping, NH 03042
603 610 3456
www.sigsaueracademy.com

**GOVERNMENT EXHIBIT 5**
1:19-cr-00251-LM

Receipt #: 16035    Receipt Type: Regular
Date: 6/21/2013 4:24:46 PM
Sales Person: JSUTKUS

Bill To: JOHNATHAN IRISH

EXETER, NH 03833

Ship To: JOHNATHAN IRISH

EXETER, NH 03833

| DESCRIPTION | QTY | PRICE | EXT PRICE |
|---|---|---|---|
| R516G2-16B-P-ODG<br>SIG516 GEN 2, 5.56 NATO, PATRO | 1 | 833.00 | 833.00 % EMP |
| Serial No: 53E001626 | | | |
| RIFLE-GOBAG-TAN<br>RIFLE BAG, 36 INCH, TACTICAL, | 1 | 64.97 | 64.97 % EMP |
| PMAG-556-BLK<br>PMAG, 516/556/MCX 30 RD, BLK | 1 | 13.95 | 13.95 |
| PMAG-556-BLK<br>PMAG, 516/556/MCX 30 RD, BLK | 1 | 13.95 | 13.95 |

4 Unit(s)    Subtotal:    925.87
**RECEIPT TOTAL:**    **925.87**

Tendered: Cash  940.00
Change:  14.13

**Return Policy**

No returns on firearms.
No returns or exchanges without receipt
and after 14 days of purchase.
--------
Special order items are subject
to a 25% restocking fee


16035