

SIG SAUER INC.
72 PEASE BOULEVARD
NEWINGTON, NH 03801 USA
P: +1 (603) 610-3000  F: +1 (603) 610-3003

**Please remit payment to:**
SIG SAUER, Inc.
P.O. Box 12021
Lewiston, ME 04243-9497



GOVERNMENT EXHIBIT 6
1:19-cr-00251-LM

| | |
|---|---|
| INVOICE NUMBER | 1629569 |
| INVOICE DATE | 21-JUN-13 |

**SOLD TO:** JOHNATHAN IRISH
EXETER NH 03833
United States

**SHIP TO:** JOHNATHAN IRISH
EXETER NH 03833
United States

| ORDER NUMBER | INVOICE DATE | TERMS | SHIP DATE |
|---|---|---|---|
| 811183 | 21-JUN-13 | POS - CC | 21-JUN-13 |
| CUST_PO_NUM | CUST NO. | SALES PERSON | SHIP VIA |
| POS# 16035 | 392246 | Sutkus, Joseph | |

| LN | ITEM NO. / CATALOG NO. | ITEM DESCRIPTION | UOM | ORD QTY | BACK ORD QTY | INVOICED QTY | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | R516G2-16B-P-ODG / R516G2-16B-P-ODG | SIG516 GEN 2, 5.56 NATO, PATROL, SEMI, 16 IN, QUAD, ODG | EACH | 1 | | 1 | 833.00 | 833.00 |
| | | COO: United States | | | | | | |
| | | Serial Number(s): | | | | | | |
| 2 | RIFLE-GOBAG-TAN / RIFLE-GOBAG-TAN | RIFLE BAG, 36 INCH, TACTICAL, TAN | EACH | 1 | | 1 | 64.97 | 64.97 |
| | | COO: China | | | | | | |
| | | Serial Number(s): | | | | | | |
| 3 | PMAG-556-BLK / PMAG-556-BLK | MAGAZINE, 516/556, 30 RD, MAGPUL PMAG, BLK | EACH | 1 | | 1 | 13.95 | 13.95 |
| | | COO: United States | | | | | | |
| | | Serial Number(s): | | | | | | |
| 4 | PMAG-556-BLK / PMAG-556-BLK | MAGAZINE, 516/556, 30 RD, MAGPUL PMAG, BLK | EACH | 1 | | 1 | 13.95 | 13.95 |
| | | COO: United States | | | | | | |
| | | Serial Number(s): | | | | | | |

**RETURN POLICY:** Buyer is encouraged to inspect all merchandise in this shipment for damage within 14 days of receipt. No returns allowed after 14 days from Invoice date. An RMA number is required for all returns.

**Refused shipments or goods returned for reasons other than damage may be subject to a 20% re-stocking fee.**

Visit us at WWW.SIGSAUER.COM

These products are subject to the Export Administration Regulations (EAR) or the International Traffic in Arms Regulations (ITAR) and as such, they may require validated licenses from the U.S. Department of State or Commerce. They may not be resold, diverted, transferred, transshipped or otherwise disposed of either in original form or after being incorporated through an intermediate process into other end items, without prior written approval of the United States Government. These products may also be subject to other international re-export regulations.



SIG SAUER INC.
72 PEASE BOULEVARD
NEWINGTON, NH 03801 USA
P: +1 (603) 610-3000  F: +1 (603) 610-3003

Please remit payment to:
SIG SAUER, Inc.
P.O. Box 12021
Lewiston, ME 04243-9497

| | |
|---|---:|
| PAYABLE IN: | USD |
| INVOICE TOTAL: | 925.87 |
| SALES TAX TOTAL: | 0.00 |
| FREIGHT, HANDLING AND/OR INSURANCE CHARGES: | 0.00 |
| AMOUNT PAID: | 925.87 |
| AMOUNT DUE: | ($0.00) |

***Please verify quantity and serial number(s) on all shipments involving firearms. Any discrepancies, please contact SIG SAUER, Inc.***

**RETURN POLICY:** Buyer is encouraged to inspect all merchandise in this shipment for damage within 14 days of receipt. No returns allowed after 14 days from Invoice date. An RMA number is required for all returns.

**Refused shipments or goods returned for reasons other than damage may be subject to a 20% re-stocking fee.**

Visit us at WWW.SIGSAUER.COM

These products are subject to the Export Administration Regulations (EAR) or the International Traffic in Arms Regulations (ITAR) and as such, they may require validated licenses from the U.S. Department of State or Commerce. They may not be resold, diverted, transferred, transshipped or otherwise disposed of either in original form or after being incorporated through an intermediate process into other end items, without prior written approval of the United States Government. These products may also be subject to other international re-export regulations.

19R456_REP-000492.02