

**SIG SAUER ACADEMY**
233 Exeter Road
Epping, NH 03042
603 610 3456
www.sigsaueracademy.com

**GOVERNMENT EXHIBIT 7**
1:19-cr-00251-LM

Receipt #: 20717   Receipt Type: Regular
Date: 10/1/2013 11:44:02 AM
Sales Person: WCHENEY

Bill To: JOHNATHAN IRISH

EXETER, NH 03833

Ship To: JOHNATHAN IRISH

EXETER, NH 03833

| DESCRIPTION | QTY | PRICE | EXT PRICE |
|---|---|---|---|
| STL300J-STOPLT-R | 1 | 172.00 | 172.00 |
| STL300J STOPLITE, RED LASER | | | |

1 Unit(s)   Subtotal:   172.00
**RECEIPT TOTAL:**   **172.00**

Tendered: Cash  182.00
Change: 10.00

**Return Policy**

No returns on firearms.

No returns or exchanges without receipt and after 14 days of purchase.

--------

Special order items are subject to a 25% restocking fee


20717

19R456_REP-000524