FD-597 (Rev 8-11-94)                                        Page  1  of  2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

**GOVERNMENT EXHIBIT 8**
1:19-cr-00251-LM

File # _____

On (date) July 14, 2015

item(s) listed below were:
- ☐ Received From
- ☒ Returned To
- ☐ Released To
- ☐ Seized

(Name) Roscoe Whitney
(Street Address) ▮▮▮▮▮▮▮▮▮▮▮▮
(City) Northwood, NH 03261

Description of Item(s):

- Sig Sauer 1911 handgun serial no. GS34120 .45 Caliber with 5 1911 magazines

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Black Blackhawk Sportster rifle bag containing SigSauer Sig 516 rifle, serial # 53E001626

Received By: _Joseph H Welch_ (Signature)   Received From: _Philip M Christopher_ (Signature) FBI Portsmouth, NH

FD-597 (Rev 8-11-94)                                                                 Page 2 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) July 14, 2015

item(s) listed below were:
- [ ] Received From
- [x] Returned To
- [ ] Released To
- [ ] Seized

(Name) Roscoe Whitney
(Street Address) ███████████████
(City) Northwood, NH 03261

Description of Item(s):

- 5 - 30 round AR magazines loaded with green tip ammunition
- 1 - P226 magazine empty
- 12 rounds .40 caliber S&W ammunition
- 1 round of .40 caliber Federal ammunition in magazine
- 3 AR magazines once loaded with 88 rounds of Lake City .223 ammunition
- 2 rounds of Red tip ammunition
- 24 rounds of .45 caliber ammunition marked PAC
- 8 rounds of .45 Winchester ammunition
- 2 AR magazines (30 round magazines - empty)
- 1 AR magazine loaded with 18 rounds of blank ammunition
- 12 rounds of .40 caliber in P226 magazine
- 1 green ammunition can with 3 boxes of Winchester .45 ammunition (41 rounds, 71 rounds, 100 rounds)
- 1 empty 10 round AR magazine
- 1 yellow box 25 rounds .45 Speer ammunition
- 1 1911 pistol magazine
- 9 5.56 tracer rounds

Received By: _Roscoe Whitney_ (Signature)
Received From: _Phillip M Christman_ (Signature) FBI Portsmouth, NH

19R456_REP-000293

FD-597 (Rev 8-11-94)

Page __3__ of __3__

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __July 14, 2015__

item(s) listed below were:
- [ ] Received From
- [x] Returned To
- [ ] Released To
- [ ] Seized

(Name) __Roscoe Whitney__
(Street Address) __[REDACTED]__
(City) __Northwood, NH 03261__

Description of Item(s):

3 - 30 round AR magazines (empty)

1 - 30 round AR magazine w/ 20 rounds of blank .223 ammunition

Received By: __Roscoe Whitney__ (Signature)

Received From: __Philip M. Christensen__ (Signature), FBI, Portsmouth, NH