

GOVERNMENT
EXHIBIT
9
1:19-cr-00251-LM