# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

        v.        No. 19-cr-00251-LM

JOHNATHON IRISH

## SUPPLEMENT TO MOTION TO CONTINUE SENTENCING HEARING

The defense filed a motion to continue the sentencing hearing scheduled for February 18, 2021. In support of that motion, the defense noted Mr. Irish's health concerns, including asthma. At the time the motion was filed, counsel has not yet located medical records regarding Mr. Irish's diagnosis with asthma. Counsel has located some of the relevant records. Redacted versions of those records are filed as Exhibit A to this supplement. The records document a history of asthma from childhood to adulthood.

WHEREFORE the defense requests that the court consider this supplement to the motion to continue and that the court thereafter continue the sentencing hearing scheduled for February 18, 2021 to April 1, 2021 or a later date.

Respectfully submitted this 10th day of February 2021 by counsel for Mr. Irish,

    */s/ Richard Guerriero*
    Richard Guerriero, N.H. Bar #10530
    Lothstein Guerriero, PLLC
    39 Central Square, Suite 202
    Keene, NH 03431
    Telephone: (603) 352-5000
    richard@nhdefender.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered Participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

    */s/ Richard Guerriero*