# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

        v.                                                                                             No. 19-cr-00251-LM

JOHNATHON IRISH

### ASSENTED-TO REQUEST TO CONTINUE SENTENCING HEARING

The defense respectfully requests that the sentencing hearing scheduled for May 12, 2021 be rescheduled to a date approximately two weeks later, subject to the court's schedule. The reasons for the continuance are that the government attorney's availability is not certain due to a conflicting jury trial, that the defense seeks additional time consider how to address the defendant's concerns about wearing a mask during the in-person proceeding, and that the additional time will increase the likelihood of the defendant's family being able to attend the hearing.

Counsel has specifically confirmed with Mr. Irish that he agrees to this request.

The Government, through Assistant United States Attorney Anna Krasinski, assents to this request.

WHEREFORE the defense asks that the Court continue the May 12, 2021 sentencing hearing to a date approximately 2 weeks later.

Date: April 27, 2021                                        Respectfully submitted,

                                                                                  */s/ Richard Guerriero*
                                                                                   Richard Guerriero, Esq.
                                                                                   N.H. Bar ID. 10530
                                                                                   Lothstein Guerriero, PLLC
                                                                                   Chamberlain Block Building
                                                                                   39 Central Square, Suite 202
                                                                                   Keene, NH 03431
                                                                                   Telephone: (603) 352-5000
                                                                                   richard@nhdefender.com

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to registered Participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

                                                */s/ Richard Guerriero*